UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRISHA L. HAGEN,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No. CV-16-35-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**　X　** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED and this matter is REMANDED for further proceedings as entered per Court's Order E.C.F. 22.

  Dated this 15th day of March, 2018.

            TYLER P. GILMAN, CLERK

            By: /s/ E.Hamnes
            E.Hamnes, Deputy Clerk