
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRISHA L. HAGEN,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CV 16-35-BLG-SPW<br><br>ORDER |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation") (Doc. 24),

IT IS HEREBY ORDERED that Plaintiff is awarded attorney's fees under the Equal Access to Justice Act in the amount of SEVEN-THOUSAND FIVE-HUNDRED DOLLARS and NO CENTS ($7,500.00), as authorized by 28 U.S.C. § 2412(d), and Court costs in the amount of FOUR-HUNDRED DOLLARS and NO CENTS ($400.00), subject to the terms of the Stipulation.

DATED this 30th day of May, 2018.

SUSAN P. WATTERS
United States District Judge

1