IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



JUL 1 6 2019

Clerk, U S District Court
District Of Montana
Billings

TRISHA L. HAGEN,

Plaintiff,

vs.

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

Defendant.

CV 16-35-BLG-SPW

ORDER

Plaintiff Trisha L. Hagen ("Hagen"), through her attorney Andrew T.

Koenig, moves for approval of attorney's fees in the amount of $26,075.63

pursuant to 42 U.S.C. § 406(b) (Doc. 26). This amount represents 25% of the past-

due benefits awarded to Hagen by the Social Security Administration under Title II

of the Social Security Act. Pub. L. 100–203, § 9021(b), 101 Stat.1330. Defendant

Nancy A. Berryhill does not oppose this motion. The Court has reviewed the

request for attorney's fees and finds the request to be reasonable. *Gisbrecht v.*

*Barnhart,* 535 U.S. 789, 808 (2002). Accordingly,

**IT IS ORDERED** that Plaintiff Trisha L. Hagen's Unopposed Motion for

Attorney Fees Pursuant to 42 U.S.C. § 406(b) is **GRANTED**. This Order shall

serve as official approval of attorney Andrew T. Koenig's fees in the amount of $26,075.63.

**IT IS FURTHER ORDERED** that upon Mr. Koenig's receipt of the $26,075.63 in fees pursuant to 42 U.S.C. § 406(b), he shall reimburse to Hagen the fees he previously received under Equal Access to Justice Act ("EAJA") in the amount of $6,528.41, pursuant to the offset provisions of the EAJA.

DATED this _15th_ day of July, 2019.

SUSAN P. WATTERS
United States District Judge